**Electronically Filed
Supreme Court
SCWC-14-0000694
02-SEP-2015
10:50 AM**

SCWC-14-0000694

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

GENBAO GAO, Petitioner/Claimant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF THE ATTORNEY GENERAL,
Respondent/Employer-Appellee, Self-Insured.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000694; CASE NO. AB 2009-020 (2-08-40165))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Genbao Gao's application for writ of certiorari filed on July 17, 2015, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, September 2, 2015.

| | |
|---|---|
| Genbao Gao<br>petitioner pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Maria C. Cook<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

